IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 13 |
| | ) | |
| ANDRE GREENE, | ) | Case No.: 14-30669 |
| | ) | |
| Debtor(s). | ) | Judge: COX |

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Trustee: chiweb@tvch13.net

*To the following persons or entities who have been served via U.S. Mail:*
See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in their stead at 219 S. Dearborn, Chicago, IL 60604, and in the following courtroom (or any other place posted), and present the attached **Motion to Extend Time to File A Claim,** at which time and place you may appear.

        JUDGE:   COX
        ROOM:    680
        DATE:    May 15, 2017
        TIME:    9:30 AM

## PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Michael R. Colter, II, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

DATE OF SERVICE: April 12, 2017          /s/ Michael R. Colter, II
                                          Michael R. Colter, II, A.R.D.C. #6304675

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100

*To the following persons or entities who have been served via U.S. Mail*:

Andre Greene
3711 S. Vincennes, #606
Chicago, IL 60653

Consumer Portfolio Services
P.O. Box 57071
Irvine, CA 92619

Direct TV, LLC
c/o American InfoSource, LP
P.O. Box 51178
Los Angeles, CA 90051

GM Financial
P.O. Box 183834
Arlington, TX 76096

Illinois Bell Telephone Co.,
c/o AT&T Services, Inc.
One AT&T Way Room 3A104
Bedminster, NJ 07921

Navient Solutions, Inc.
ECMC
P.O. Box 16478
St. Paul, MN 55116

Paramount Management
c/o Dimand Law Offices, PC
125 E. Lake St., Suite 206
Bloomingdale, IL 60108

Zingo Cash
200 N. Fairway Drive #180
Vernon Hills, IL 60061

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 13 |
| | ) | |
| ANDRE GREENE, | ) | Case No.: 14-30669 |
| | ) | |
| Debtor(s). | ) | Judge: COX |

## MOTION TO EXTEND TIME TO FILE A CLAIM

NOW COMES, the Debtor, ANDRE GREENE, by and through his attorneys, David M. Siegel and Associates, LLC, to present this Motion, and in support thereof states as follows:

1) Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2) On August 20, 2014, the Debtor filed a voluntary Chapter 13 petition for relief. The Debtor's Plan was confirmed on December 15, 2014.

3) Debtor and Dawn White entered into a lease on July 1, 2011, with Paramount Management (Paramount). At some point that lease was breached, and Paramount sued Debtor and co-debtor, Dawn White, in 2016 and obtained a judgment in the amount of $3,019.00, plus $533.87, in court costs (*See* Exhibit A).

4) Debtor's counsel spoke with counsel for Paramount, Michael Dimand, Esq. Both agreed Debtor's counsel will file a proof of claim if this motion to allow the late filed claim is granted.

5) Debtor does not propose this motion with the intent to defraud the creditors. The Debtor proposes this motion with the intent to correct an error made at the time of filing and to protect co-debtor, Dawn White.

6) Debtor's plan will complete within 60 months if this motion is granted and will not require a change in the plan payment.

WHEREFORE, the Debtor, ANDRE GREENE, pray that this Honorable Court enter an Order Granting Motion to Allow Claim, and for other such relief as the Court deems fair and proper.

        Respectfully Submitted,

        /s/ Michael R. Colter, II
        Michael R. Colter, II, A.R.D.C. #6304675
        Attorney for the Debtor(s)