UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  14-30669 |
| ANDRE GREENE, | ) | |
| | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE A CLAIM**

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) The time to file claims is extended through May 15, 2017.

2) Paramount Management shall be paid 100% of its allowed amount. The total of all payments to the special class is estimated to be $3,552.87.

Enter: *Jacqueline B. Cox*
J. Cox

Dated: 5/15/17

United States Bankruptcy Judge

**Prepared by:**
Michael R. Colter, II, A.R.D.C. #6304675
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100

Rev: 20151029_bko