UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-30669 |
| | ) | |
| ANDRE GREENE | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

**ORDER ON DEBTOR'S MOTION TO INCUR DEBT AND SHORTEN NOTICE**

THIS MATTER coming to be heard on the motion of Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is ORDERED:

1. The Debtor is granted leave to obtain financing for a house in the amount of up to $230,000.00, with financing of up to 6% interest, with monthly payments of up to $1,600.00 per month for principal, interest, taxes, and insurance, for the home located at 18041 Dorchester Ave., Chicago, IL 60620, or a similar home.

Enter:

*Jacqueline Cox*

United States Bankruptcy Judge

Dated: MAR - 5 2018

**Prepared by:**
Dustin B. Allen
IARDC#6312451
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100

Rev: 20130103_bko