| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Andre T. Greene** | Social Security number or ITIN  **xxx–xx–4870** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of Illinois** | | |
| Case number:  **14–30669** | | |

# Order of Discharge                                                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Andre T. Greene

If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

March 11, 2019                                                                **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                                                                                     United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 14-30669-JPC
Andre T. Greene                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales              Page 1 of 2                  Date Rcvd: Mar 11, 2019
                              Form ID: 3180W               Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2019.
db              #+Andre T. Greene,    3711 S. Vincennes, Apt. 606,    Chicago, IL 60653-1668
22304403         AT&T,    Bankruptcy Dept,    6021 S. Rio Grande Ave, 1st Floor,    Orlando, FL 32809-4613
22304404         AT&T,    Bankruptcy Dept.,    1585 Waukegan Road,    Waukegan, IL 60085-6727
22304402         AT&T,    Attn: BK Department,    PO Box 981268,    West Sacramento, CA 95798-1268
22326944        +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
22827677         American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA 90051-5478
22304405        #Comcast,    PO Box 3002,    Southeastern, PA 19398-3002
22304406         Comcast,    Bankruptcy Department,    11621 E. Marginal Way 5,    Tukwila, WA 98168-1965
22304407        +Comnwlth Fin,    245 Main St,    Dickson City, PA 18519-1641
22304408        +Consumer Portfolio Svc,    Attn:Bankruptcy,    19500 Jamboree Rd,    Irvine, CA 92612-2411
22304413        +Municollofam,    3348 Ridge Road,    Lansing, IL 60438-3112
22390880         Navient Solutions, Inc. on behalf of Educational,    Credit Management Corporation,
                 P.O. Box 16408,    St. Paul, MN 55116-0408
25540495        +Paramount Management,    c/o Michael Dimand,    125 E. Lake St., Ste., 206,
                 Bloomingdale, IL 60108-1117
22304414        +Peoples Gas,    Attention: Bankruptcy Department,    130 E. Randolph 17th Floor,
                 Chicago, IL 60601-6207
22304417        +Schneider National Bulk Carrie,    3101 Packerland Drive,    Green Bay, WI 54313-6187
22304419        +Untd Res Sys,    10075 W Colfax Ave,    Lakewood, CO 80215-3907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22942931         EDI: PHINAMERI.COM Mar 12 2019 06:03:00      AmeriCredit Financial Services, Inc.,
                 P O Box 183853,    Arlington, TX 76096
22304401        +EDI: CINGMIDLAND.COM Mar 12 2019 06:03:00      AT&T,    Bankruptcy Dept,    5407 Andrew Highway,
                 Midland, TX 79706-2851
22304400        +EDI: AFNIRECOVERY.COM Mar 12 2019 06:03:00      Afni,    Attention: Bankruptcy,
                 1310 Martin Luther King Dr,    Bloomington, IL 61701-1465
22539539        +E-mail/Text: bankruptcy@consumerportfolio.com Mar 12 2019 02:32:04      CPS, INC,    PO BOX 57071,
                 IRVINE, CA 92619-7071
22605483        +EDI: PHINHARRIS Mar 12 2019 06:03:00      City of Chicago,    c/o Arnold Scott Harris P.C.,
                 111 W. Jackson Blvd., Ste. 600,    Chicago, IL 60604-3517
22304410         EDI: DIRECTV.COM Mar 12 2019 06:03:00      DirecTV,    PO Box 9001069,
                 Louisville, KY 40290-1069
22304411        +E-mail/Text: bknotice@ercbpo.com Mar 12 2019 02:31:50      Enhanced Recovery Corp,
                 Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
22304412        +EDI: PHINAMERI.COM Mar 12 2019 06:03:00      Gm Financial,    Po Box 181145,
                 Arlington, TX 76096-1145
22322791        +EDI: ATTWIREBK.COM Mar 12 2019 06:03:00      Illinois Bell Telephone Company,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
22304415        +E-mail/Text: Supportservices@receivablesperformance.com Mar 12 2019 02:33:10
                 Receivables Performanc,    20816 44th Ave W,    Lynnwood, WA 98036-7744
22304416        +EDI: NAVIENTFKASMSERV.COM Mar 12 2019 06:03:00      Sallie Mae,    Attn: Claims Department,
                 Po Box 9500,    Wilkes-Barre, PA 18773-9500
22304420        +EDI: VERIZONCOMB.COM Mar 12 2019 06:03:00      Verizon,    500 Technology Dr,    Ste 550,
                 Weldon Spring, MO 63304-2225
22605484        +E-mail/Text: janet@zingocash.com Mar 12 2019 02:32:17      Zingo Cash,    PO Box 5601,
                 Vernon Hills, IL 60061-5601
22304421        +E-mail/Text: janet@zingocash.com Mar 12 2019 02:32:17      Zingo Cash Illinois LLC,
                 200 N Fairway Dr,    Ste 180,    Vernon Hills, IL 60061-1861
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22304409         Dawn White,    3711 S Vincennes
22355515*       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
22304418       ##+Stellar Recovery Inc,    4500 Salisbury Rd Ste 10,    Jacksonville, FL 32216-8035
                                                                                              TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: ccabrales            Page 2 of 2              Date Rcvd: Mar 11, 2019
                              Form ID: 3180W             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2019 at the address(es) listed below:
          Cari A Kauffman    on behalf of Creditor   AMERICREDIT FINANCIAL SERVICES, INC. d/b/a GM Financial
           ckauffman@sormanfrankel.com,  dfrankel@sormanfrankel.com
          David M Siegel    on behalf of Debtor 1 Andre T. Greene davidsiegelbk@gmail.com,
           author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Tom Vaughn    ecf@tvch13.net,  ecfchi@gmail.com
                                                                                          TOTAL: 4
```